# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EBONY CLINTON-BROWN and TODD BROWN<br><br>    Plaintiffs,<br><br>v.<br><br>HELENE L. HARDICK and JOHN HARDICK, individually and as TRUSTEES of the HELENE L. HARDICK LIVING TRUST<br><br>    Defendants. | CIVIL ACTION NO.: 1:21-cv-00176-WES-LDA |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the undersigned parties that the above-captioned case is dismissed with prejudice, each party to bear its own costs and fees.

2 | P a g e

| | |
|---|---|
| Respectfully submitted,<br>By their Attorneys,<br>EBONY CLINTON-BROWN AND TODD BROWN | Respectfully submitted,<br>By their Attorneys,<br>HELEN L. HARDICK and JOHN HARDICK, individually and as TRUSTEES of the HELENE L. HARDICK LIVING TRUST |
| */s/ Michael Simons*<br>Michael Simons, (*Pro Hac Vice*)<br>John Dupuis, (#7990)<br>CMBG3 LAW LLC<br>265 Franklin Street, Suite 601<br>Boston, MA 02110<br><br>T: (617) 279-8200<br>msimons@cmbg3.com<br>jdupuis@cmbg3.com | */s/ Daniel J. Procaccini (w/consent)*<br>William M. Dolan III (#4524)<br>Daniel J. Procaccini (#8552)<br>Michael A. D'Ippolito III (#9729)<br>ADLER POLLOCK & SHEEHAN P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903<br>Tel: (401) 274-7200<br>Fax: (401) 751-0604<br>wdolan@apslaw.com<br>dprocaccini@apslaw.com<br>mdippolito@apslaw.com |

DATED: 10/20/2021

## CERTIFICATE OF SERVICE

      I hereby certify that on October 20, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

      /s/ John Dupuis
      John Dupuis